IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FREYBURGER LLC,

                         Plaintiff,

          v.

MICROSOFT CORPORATION,

                     Defendant.

MEMORANDUM

09-cv-104-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Having reviewed the parties' response briefs on their motions for claims construction, I am persuaded that the parties should address the following terms at the hearing on August 14, 2009: "template," "template definition," "template instantiation,"  "source file," "object file," "source file having a template instantiation," "translation of the template definition," "The step of compiling the second source file into a second object file having as inputs the second source file and the template definition from the first object file" or "The step of compiling the second source file into a second object file having as inputs the second source

file and a translation of the template definition."

Entered this 12th day of August, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge